Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Natividad R. Fineout,<br><br>                 Plaintiff,<br>v.<br><br>Bank of America, N.A., JPMorgan Chase Bank, N.A., Ocwen Loan Servicing, LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC,<br><br>                 Defendants. | Case No.: 2:16-cv-00789-JCM-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Natividad R. Fineout ("Plaintiff") and Equifax Information Services, LLC ("Equifax") stipulate to dismiss with prejudice Plaintiff's claims against Equifax only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of September 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/ Bradley T Austin
Bradley T Austin, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2016
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 6, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117