UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIVIDAD R. FINEOUT,<br><br>                     Plaintiff(s),<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                     Defendant(s). | Case No. 2:16-CV-789 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Fineout v. Bank of America, N.A. et al.*, case number 2:16-cv-00789-JCM-NJK.

On October 21, 2016, plaintiff filed a notice of settlement as to defendants JPMorgan Chase Bank, N.A. and Ocwen Loan Servicing, LLC, notifying the court that they resolved their dispute on an individual basis and that they will be filing dismissal documents on or before December 20, 2016. (ECF No. 38).

In light of the foregoing, defendant Ocwen Loan Servicing, LLC's motion to dismiss (ECF No. 21) will be denied as moot.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 21) be, and the same hereby is, DENIED as moot.

DATED November 16, 2016.

                                                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**