1  Michael Kind, Esq.
2  NV Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
5  FAX: (800) 520-5523
6  mkind@kazlg.com

7  David H. Krieger, Esq.
8  NV Bar No. 9086
   **HAINES & KRIEGER, LLC**
9  8985 S. Eastern Avenue, Suite 350
10 Henderson, Nevada 89123
   Phone: (702) 880-5554
11 FAX: (702) 385-5518
12 dkrieger@hainesandkrieger.com

13 *Attorneys for Plaintiff*

14

15         **UNITED STATES DISTRICT COURT**
16             **DISTRICT OF NEVADA**

17 | Natividad R. Fineout, | Case No.: 2:16-cv-00789-JCM-NJK |
18 | | |
19 |          Plaintiff, | **STIPULATION OF DISMISSAL** |
   | v. | **OF DEFENDANT OCWEN LOAN** |
20 | | **SERVICING, LLC** |
21 | Bank of America, N.A., JPMorgan | |
22 | Chase Bank, N.A., Ocwen Loan | |
   | Servicing, LLC, Experian | |
23 | Information Solutions, Inc. and | |
   | Equifax Information Services, | |
24 | LLC, | |
25 | | |
   |          Defendants. | |
26
27
28

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Natividad R. Fineout ("Plaintiff") and Ocwen Loan Servicing, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of January 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

By: /s/   Alayne Opie
Alayne Opie, Esq.
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Ocwen Loan Servicing, LLC*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: January 9, 2017

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 5, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117